IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARVEY JOE TRANTHAM, #194985, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:12-cv-118-WHA |
| ) | |
| KIM THOMAS, DR. TAHIR SADDIQ, ) | (wo) |
| and WARDEN KENNETH JONES, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants, Kim Thomas, Dr. Tahir Saddiq, and Warden Kenneth Jones, and against the Plaintiff, Harvey Joe Trantham, and

This case is DISMISSED with prejudice as to Defendants Kim Thomas and Warden Kenneth Jones, and without prejudice as to Dr. Tahir Siddiq.

DONE this 4th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE